UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE BEATRICE PHILIPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01772 - JLT<br><br>ORDER DISREGARDING THE MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINITFF TO FILE AN AMENDED MOTION TO PROCEED INFORMA PAUPERIS THAT IS SUPPORTED BY A FINANCIAL AFFIDAVIT<br><br>(Doc. 2) |

　　　　Constance Philips ("Plaintiff") Plaintiff initiated this action seeking judicial review of a determination of the Social Security Administration by filing her complaint on October 30, 2012. (Doc. 1). In addition, Plaintiff filed a proposed order on an application to proceed without prepayment of fees. (Doc. 2). Notably, she failed to file an actual application or a financial affidavit demonstrating her eligibility for *in forma pauperis* status.

　　　　The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). However, because Plaintiff has not provided a financial affidavit or a petition to proceed *in forma pauperis,* the Court is unable to determine whether the requirements of 28 U.S.C. § 1915(a) are satisfied.

///

///

1

Accordingly, **IT IS HEREBY ORDERED**:

1. The "motion to proceed in forma pauperis" (Doc. 2) is **DISREGARDED** as incomplete;

2. Plaintiff **SHALL** file a motion to proceed *in forma pauperis* that is supported by a financial affidavit **within 14 days** of the date of service of this order, or in the alternative, pay the filing fee.

IT IS SO ORDERED.

Dated:   **October 31, 2012**          /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE